AO ___   Order Regarding Motion for Sentence Reduction

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 29 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

Hawkins, Mark Anthony

**Date of Original Judgment:** 5/7/2018
(Or Date of Last Amended Judgment)

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

Case Number: 4:18-cr-00091-01-BD
USM Number: 11168-028
Niki Lybrand
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of 12 months is reduced to 11 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): 6
Criminal History Category: III
Previous Guideline Range: 2 to 8 months

Amended Offense Level: 6
Criminal History Category: II
Amended Guideline Range: 1 to 7 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☒ Other (specify) Above Guidelines.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence consecutive to sentence in S.D. Indiana, No. 1:12-CR-00206

Except as provided above, all provisions of the judgment dated 5/7/2018 shall remain in effect.

**IT IS SO ORDERED.**

11-29-2023
Order Date

February 1, 2024
Effective Date (if delayed)

_____
Signature of Judge

U.S. Magistrate Judge Beth M. Deere
Name and Title of Judge